**692**

154 So.2d 762

**Joel T. BROWN**

v.

**STATE.**

**3 Div. 83.**

Supreme Court of Alabama.

June 20, 1963.

Richmond M. Flowers, Atty. Gen., and John G. Bookout, Asst. Atty. Gen., for petitioner.

L. H. Walden, Montgomery, opposed.

MERRILL, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision in Brown v. State, 154 So.2d 758.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and HARWOOD, JJ., concur.

154 So.2d 312

**Ex parte Norma Moore BRUCE.**

**5 Div. 775.**

Supreme Court of Alabama.

May 30, 1963.

James Noel Baker, Opelika, for petitioner.

J. Sydney Cook, Jr., Auburn, for respondent.

HARWOOD, Justice.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and MERRILL, JJ., concur.

154 So.2d 753

**Ex parte David BUSBY.**

**6 Div. 2.**

Supreme Court of Alabama.

June 13, 1963.

David Busby, pro se.

Richmond M. Flowers, Atty. Gen., and J. G. Bookout, Asst. Atty. Gen., for respondent.

COLEMAN, Justice.

Petition dismissed.

LIVINGSTON, C. J., and LAWSON and GOODWYN, JJ., concur.

154 So.2d 45

**Odell CARTER et al.**

v.

**BOARD OF TRUSTEES OF POLICEMEN AND FIREMEN'S RETIREMENT FUND OF CITY OF GADSDEN et al.**

**7 Div. 613.**

Supreme Court of Alabama.

May 30, 1963.

George Murphy and Jas. B. Waid, Gadsden, for petitioners.